IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LOCAL 802, INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES and
DISTRICT COUNCIL NO. 7 AFL-CIO,

    Plaintiffs,

v.

SURF PREP, INC.,

    Defendant.

Case No. 18-cv-590-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Local 802, International Union of Painters and Allied Trades and District Council No. 7 AFL-CIO against defendant Surf Prep, Inc. compelling arbitration of plaintiffs' disputes with defendant in accordance with the parties' collective bargaining agreements.

Approved as to form this 11TH day of January, 2019.

_____
James D. Peterson
District Judge

_____     1/11/19
Peter Oppeneer                   Date
Clerk of Court