UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LOCAL 802, INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES and
DISTRICT COUNCIL NO. 7 AFL-CIO,

      Plaintiffs,

v.

SURF PREP, INC.,

      Defendant.

Civil Action No. 18-cv-590-JDP

---

## NOTICE OF APPEAL

---

Notice is hereby given that Defendant Surf Prep, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on January 11, 2019.

Dated this 4th day of February, 2019.

    /s/ Robert S. Driscoll
John H. Zawadsky
WI State Bar ID No. 1008654
jzawadsky@reinhartlaw.com
Robert S. Driscoll
WI State Bar ID No. 1071461
rdriscoll@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Defendant Surf Prep, Inc.*